August 25, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

ROSALINDA REYES, Appellant

NO. 14-14-00379-CV      V.

MEMORIAL HERMANN HEALTH D/B/A TIRR MEMORIAL HERMANN,
Appellee

_____

   This cause, an appeal from the order of dismissal in favor of appellee, Memorial Hermann Health d/b/a TIRR Memorial Hermann, signed February 17, 2014, was heard on the transcript of the record. We have inspected the record and find error in the order. We therefore order the order of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

   We further order that all costs incurred by reason of this appeal be paid by appellee, Memorial Hermann Health d/b/a TIRR Memorial Hermann.

   We further order this decision certified below for observance.